IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERIC BERNARD,

      Plaintiff,

vs.                                                                       No.  1:13-cv-01217-WJ-LF

CORRECTIONAL HEALTHCARE
COMPANIES, INC.,[1]

      Defendant.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The magistrate judge filed her Proposed Findings and Recommended Disposition on October 13, 2015 (Doc.24).  The proposed findings notified plaintiff Eric Bernard of his ability to file objections within fourteen (14) days, and that failure to do so waives appellate review.  To date, Bernard has not filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. The magistrate judge's Proposed Findings and Recommended Disposition (Doc. 24) is ADOPTED;

2. Defendant CHC's Motion to Dismiss (Doc. 20) is GRANTED and Plaintiff Eric Bernard's amended complaint (Doc. 12) is DISMISSED with prejudice; and

3. A final order is entered concurrently with this order.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE

---

[1] In his amended complaint, plaintiff incorrectly identifies defendant Correctional Healthcare Companies, Inc., as "CCH Medical Group."  Doc. 12.